THE HONORABLE THOMAS S. ZILLY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MEIFANG YU AND TUAN VAN LE,<br><br>Defendants. | NO. CR 17-00136 TSZ<br><br>AMENDED ORDER ON EMERGENCY MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE |

THIS MATTER, having come on before the Court on Defendants' Motion, docket no. 135, for Temporary Modification of Conditions of Release and the Court having considered the records and files herein and the jointly submitted motion, and that the motion is not being made for purposes of delay or any other improper motive and that the ends of justice will be served and outweigh the best interests of the public and these Defendants, NOW THEREFORE

IT IS HEREBY ORDERED that Defendants Meifang Yu and Tuan Van Le's motion is GRANTED and the defendants are allowed to speak to each other, via telephone conference on December 4, 2017, at 11 am, or on a date and time mutually agreeable to both parties.

ENTERED this 1st day of December, 2017.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

AMENDED ORDER - 1

JEFFREY STEINBORN, PLLC
THE DIAMOND BUILDING
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848

1  Presented by:

2  JEFFREY STEINBORN, PLLC

3  s/ Jeffrey Steinborn, PLLC
   P.O. Box 78361
4  Seattle, Washington 98178
   206-622-5117
5   js@surlaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

AMENDED ORDER - 2

JEFFREY STEINBORN, PLLC
THE DIAMOND BUILDING
3161 ELLIOTT AVENUE, SUITE 340
SEATTLE, WASHINGTON 98121
(206) 622-5117 • FAX: (206) 622-3848