UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TUAN VAN LE, and<br>MEIFANG YU,<br><br>Defendants. | No. CR17-136-TSZ<br><br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. 2004 Bentley Continental, VIN no. SCBCR63W84C022079;

2. 2013 Mercedes Benz GL450, VIN no. 4JGDF7CE2DA236046;

3. $200,298.03 in funds seized from Bank of America account no. ********9033, held in the name of Meifang Yu;

4. $3,808.02 in funds seized from Bank of America account no. ****9033, held in the name of Meifang Yu;

5. A $100,000 payment in lieu of the forfeiture of the real property located at 23536 SE 221st Street, Maple Valley, Washington 98038;

Final Order of Forfeiture - 1
*U.S. v. Tuan Van Le and Meifang Yu,* CR17-136-TSZ

6. $7,560 in U.S. currency seized from 23536 SE 221st Street, Maple Valley, Washington 98038; and,

7. The cash value of MassMutual life insurance policy no. 22330995, held in the name of insured Tuan Van Le.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of Forfeiture is appropriate because:

- On March 14, 2018 and March 22, 2018, the Court entered Preliminary Orders of Forfeiture finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 982(a)(1) and forfeiting the Defendants' interests in it (Dkt. Nos. 199 & 206);

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. Nos. 230 & 231) and provided direct notice to two identified potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A) (Declaration of AUSA Jensen in Support of Motion for Entry of a Final Order of Forfeiture, ¶¶ 3 – 5, Exs. B & C); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States;

3. With respect to the MassMutual life insurance policy no. 22330995, held in the name of insured Tuan Van Le, MassMutual is directed to liquidate that policy and transfer its cash value, minus any allowable fees or costs for the liquidation, to the United States Marshals Service; and,

Final Order of Forfeiture  - 2
*U.S. v. Tuan Van Le and Meifang Yu,* CR17-136-TSZ

1   4.    The United States Department of Justice, and/or its representatives, are

2   authorized to dispose of the property as permitted by governing law.

3

4       IT IS SO ORDERED.

5

6       DATED this 17th day of August, 2018.

7

8                                                    _Thomas S. Zilly_

9                                                    Thomas S. Zilly
                                                     United States District Judge
10

11

12

13

14

15

16  Presented by:

17

18   _/s Michelle Jensen_
    MICHELLE JENSEN
19  Assistant United States Attorney
20  United States Attorney's Office
    700 Stewart Street, Suite 5220
21  Seattle, WA  98101
22  (206) 553-2242
    Michelle.Jensen@usdoj.gov
23

24

25

26

27

28