UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

MEIFANG YU,

        Defendant.

CR17-136 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The U.S. Probation Office has submitted a request for early termination of defendant's probation term. Any response to the request is DUE no later than Friday, May 22, 2020.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 11th day of May, 2020.

                    William M. McCool
                    Clerk

                    s/Karen Dews
                    Deputy Clerk

MINUTE ORDER - 1