UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>MEIFANG YU,<br><br>                    Defendant. | CR17-136 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The Court, having considered the applicable factors set forth in 18 U.S.C. § 3553(a), concludes that the request for early termination of the sentence of probation is not warranted in this case.

(2)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of May, 2020.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1